UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH RIGBY | CIVIL ACTION |
| VERSUS | NO. 12-2537 |
| CRAIG TAFFARO, ET AL. | SECTION "B" (1) |

### O R D E R

The record reflects that service has not been effected upon the defendant(s) Craig Taffaro and Louis Schneider.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the Court shall extend time for service for an appropriate period.

Accordingly,

**IT IS ORDERED** that plaintiff show good cause in writing **by March 12, 2013** why service of process has not been effected, or the unserved defendant(s) will be dismissed without notice.

New Orleans, Louisiana, this 19th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE