UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH RIGBY, Plaintiff, | * | CIVIL ACTION NO. 2:12-cv-02537 |
| VERSUS | * | |
| CRAIG TAFFARO, in his official capacity and his individual capacity; LOUIS SCHNEIDER, in his official capacity and his individual capacity; CERTAIN AS YET UNIDENTIFIED EMPLOYEES OF THE SAINT BERNARD PARISH MAINTENANCE DIVISION, in their respective official capacities and their respective individual capacities; and OTHER AS YET UNKNOWN DEFENDANTS, in their respective official capacities and their respective individual capacities, Defendants | * | SECTION: B MAGISTRATE: 1 |

************************************

**ANSWER TO ORIGINAL COMPLAINT AND FIRST AMENDED COMPLAINT BY CRAIG TAFFARO**

AND NOW INTO COURT, through undersigned counsel, comes Craig Taffaro ("Taffaro"), made defendant herein and answers as follows:

***First Defense.*** The original complaint and the amended complaint fail to state a claim upon which relief can be granted.

***Second Defense.*** The original complaint and the amended complaint are barred under the *Noerr Pennington Doctrine*.

***Third Defense.*** The original complaint and the amended complaint are barred under principles of equitable, collateral and

judicial estoppel.

***Fourth Defense.*** The Court lacks jurisdiction over the original complaint and the amended complaint.

***Fifth Defense.*** The Court lacks authority to provide relief pursuant to the Civil Rights Act, 42 U.S.C. 1983.

AND NOW FURTHER ANSWERING, Taffaro avers:

1. ¶ 1 is denied.

2. ¶ 2 is denied.

3. ¶ 3 is denied.

4. ¶ 4 is denied.

5. ¶ 5 is denied.

6. ¶ 6 is denied for lack of sufficient information to justify a belief.

7. ¶ 7 requires no answer.

8. ¶ 8 is denied is denied for lack of sufficient information to justify a belief

9. ¶ 9 is denied.

10. ¶ 10 is denied.

11. ¶ 11 is denied.

12. ¶ 12 is denied for lack of sufficient information to justify a belief.

13. ¶ 13 is denied for lack of sufficient information to justify a belief.

14. ¶ 14 is denied for lack of sufficient information to

justify a belief.

15. ¶ 15 is denied for lack of sufficient information to justify a belief.

16. ¶ 16 is denied for lack of sufficient information to justify a belief.

17. ¶ 17 is denied for lack of sufficient information to justify a belief.

18. ¶ 18 is denied.

19. ¶ 19 is denied.

20. ¶ 20 is denied.

21. ¶ 21 is denied.

22. ¶ 22 is denied.

23. ¶ 23 is denied.

24. ¶ 24 is denied.

25. ¶ 25 is denied.

26. ¶ 26 is denied.

27. ¶ 27 is denied.

28. ¶ 28 is denied.

29. ¶ 29 is denied.

30. ¶ 30 is denied.

31. ¶ 31 is denied.

32. ¶ 32 is denied.

33. ¶ 33 is denied.

34. ¶ 34 is denied.

35. ¶ 35 is denied.

36. ¶ 36 is denied.

37. ¶ 37 is denied.

38. ¶ 38 is denied.

39. ¶ 39 is denied.

40. ¶ 40 is denied.

41. ¶ 41 is denied.

42. ¶ 42 is denied.

43. ¶ 43 is denied.

44. ¶ 44 is denied.

45. ¶ 45 is denied.

46. ¶ 46 is denied.

47. ¶ 47 is denied.

48. ¶ 48 is denied.

49. ¶ 49 is denied.

50. ¶ 50 is denied.

51. ¶ 51 is denied.

52. ¶ 52 is denied.

53. ¶ 53 is denied.

54. ¶ 54 is denied.

55. ¶ 55 is denied.

56. ¶ 56 is denied.

57. ¶ 57 is denied.

58. ¶ 58 is denied.

59. ¶ 59 is denied.

60. ¶ 60 is denied.

61. ¶ 61 is denied.

62. ¶ 62 is denied.

63. ¶ 63 is denied.

64. ¶ 64 is denied.

65. ¶ 65 is denied.

66. ¶ 66 is denied.

67. ¶ 67 is denied.

68. ¶ 68 is denied.

69. ¶ 69 is denied.

70. ¶ 70 is denied.

71. ¶ 71 is denied.

72. ¶ 72 is denied.

73. ¶ 73 is denied.

74. ¶ 74 is denied.

75. ¶ 75 is denied.

76. ¶ 76 is denied.

77. ¶ 77 is denied.

78. ¶ 78 is denied.

79. ¶ 79 is denied.

80. ¶ 80 is denied.

81. ¶ 81 is denied.

82. ¶ 82 is denied.

83. ¶ 83 is denied.

84. ¶ 84 is denied.

85. ¶ 85 is denied.

86. ¶ 86 is denied.

87. ¶ 87 is denied.

88. ¶ 88 is denied.

89. ¶ 89 is denied.

90. ¶ 90 is denied.

91. ¶ 91 is denied.

92. ¶ 92 is denied.

93. ¶ 93 is denied.

94. ¶ 94 is denied.

95. ¶ 95 is denied.

96. ¶ 96 is denied.

97. ¶ 97 is denied.

98. ¶ 98 is denied.

99. ¶ 99 is denied.

100. ¶ 100 is denied.

101. ¶ 101 is denied.

102. ¶ 102 is denied.

103. ¶ 103 is denied.

104. ¶ 104 is denied.

105. ¶ 105 is denied.

106. ¶ 106 is denied.

107. ¶ 107 is denied.

108. ¶ 108 is denied.

109. ¶ 109 is denied.

110. ¶ 110 is denied.

111. ¶ 111 is denied.

112. ¶ 112 is denied.

113. ¶ 113 is denied.

114. ¶ 114 is denied.

115. ¶ 115 is denied.

116. ¶ 116 is denied.

117. ¶ 117 is denied.

118. ¶ 118 is denied.

119. ¶ 119 is denied.

## ANSWER TO FIRST AMENDED COMPLAINT

***Allegations requiring no answer.*** To the extent the First Amended Complaint replicates allegations contained in the original complaint, those allegations require no answer.

***Allegations requiring answer.*** The remaining allegations in the First Amended Complaint are denied and/or require no answer by Taffaro.

Respectfully submitted:

HENRY L. KLEIN (#7440)
844 BARONNE STREET
NEW ORLEANS, LA 70113
(504) 586-9971
FAX (504) 586-9715
Email: henry@hlklawoffice.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A COPY OF THIS DOCUMENT HAS BEEN SERVED UPON COUNSEL OF RECORD BY CM/ECF NOTIFICATION AND/OR BY FAX OR U.S. MAIL, PROPERLY ADDRESSED WITH POSTAGE PREPAID ON THIS 1 DAY OF May, 2013.